**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email:  John.Burris@johnburrislaw.com
Email:  Ben.Nisenbaum@johnburrislaw.com
Email:  James.Cook@johnburrislaw.com

Attorneys for Plaintiffs
Diane Wilson; and Marvin Wilson

MARY ANN McNETT MASON (SBN 115089)
County Counsel
JASON W. MAUCK (SBN 255133)
Deputy County Counsel
COUNTY OF CONTRA COSTA
1025 Escobar Street, Third Floor
Martinez, California 94553
Telephone: (925) 655-2280
Facsimile: (925) 655-2267
Electronic Mail: jason.mauck@cc.cccounty.us
Attorneys for Defendants

TOWN OF DANVILLE, ALLAN SHIELDS, SHERIFF DAVID LIVINGSTON, CONTRA COSTA COUNTY, and ANDREW HALL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE WILSON, individually and as co-successor-in-interest to Decedent TYRELL WISLON; and MARVIN WILSON, individually and as co-successor-in-interest to Decedent TYRELL WILSON,<br><br>Plaintiffs,<br><br>v. | CASE NO.: 3:21-cv-02440-EMC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

TOWN OF DANVILLE a municipal corporation; COUNTY OF CONTRA COSTA, a municipal corporation; ALLAN SHIELDS, individually and in his capacity as Chief of Police for the TOWN OF DANVILLE; ANDREW HALL, individually and in his official capacity as a Contra Costa County Sheriff Deputy for the TOWN OF DANVILLE, individually; and DOES 1-50, inclusive,

Defendants.

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that all claims and causes of action in this matter be dismissed with prejudice, with Plaintiffs and Defendants each bearing their own attorney's fees and costs.

Dated: May 2, 2022                **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ *James Cook*
Ben Nisenbaum, Esq.
James Cook, Esq.
Attorneys for Plaintiffs
DIANE WILSON;
and MARVIN WILSON

Dated: May 2, 2022                MARY ANN McNETT MASON
COUNTY COUNSEL

By: */s/ Jason W. Mauck*_____
JASON W. MAUCK
Deputy County Counsel
Attorneys for Defendants
TOWN OF DANVILLE, ALLAN SHIELDS, SHERIFF DAVID LIVINGSTON, CONTRA COSTA COUNTY, and ANDREW HALL

**ATTORNEY ATTESTATION**

I, James Cook, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: May 2, 2022                    **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ *James Cook*
Ben Nisenbaum, Esq.
James Cook, Esq.
Attorneys for Plaintiff

**[Proposed] ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS HEREBY ORDERED** that all claims and causes of action are DISMISSED WITH PREJUDICE, with Plaintiff and Defendants each bearing their own attorney's fees and costs.

Dated: May 2, 2022

Hon. Edward M. Chen
United States District Judge